# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

DATE 10/13/2015

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
10/13/2015 4:28:54 PM
CHRISTOPHER A. PRINE
Clerk

**NOTICE OF APPEALS**
**ASSIGNMENT OF COURT OF APPEALS**

**TO:**     **14TH COURT OF APPEALS**

**From:**     **Deputy Clerk: IRMA MEDINA**
**Chris Daniel, District Clerk**
**Harris County, T E X A S**

**CAUSE:**     2014-21405

**VOLUME** _____     **PAGE** _____     **OR**     **IMAGE #** 66557832

**DUE** 10/9/2015     **ATTORNEY/PRO-SE** 1

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE** 14TH

**DATE ORDER SIGNED:** 7/8/2015

**REQUEST FOR FINDINGS OF FACT:** N/A

**REQUEST TRANSCRIPT DATE FILED** N/A

**NOTICE OF APPEAL DATE FILED** 8/10/2015

**NUMBER OF DAYS: ( CLERKS RECORD )** 60

**FILE ORDERED:** YES ☐ NO ☒ **IMAGED FILED:** YES ☒ NO ☐

**CODES FOR NOTICE OF APPEAL:** BC, C

CHRIS DANIEL
Harris County, District Clerk

By: _/s/IRMA MEDINA_
**IRMA MEDINA, Deputy**

**BC**     **NOTICE OF APPEAL FILED**
**BG**     **NOTICE OF APPEAL FILED – GOVERNMENT**
**C**     **JUDGMENT BEING APPEALED**
**D -**     **ACCELERATED APPEAL**
**OA**     **NO CLERK'S RECORD REQUEST FILED**
**O**     **CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL**)
**NA**     **AMENDED NOTICE OF APPEAL**

CONFIRMED FILE DATE: 8/10/2015

**Office DEPOT**
**OfficeMax**

CPC Ods00620Cpc <ods00620cpc@officedepot.com>

## To whom it may concern:

2815ŕ

Ryan Lopez <redzone70560@yahoo.com>                    Wed, Aug 5, 2015 at 3:49 PM
To: "ods00620cpc@officedepot.com" <ods00620cpc@officedepot.com>

To whom it may concern:

I was injured in a oil field accident. The judge threw the suit against plains energy/ Freeport McMoran out of court under chapter 95 but, they should of been exempt from using chapter 95 because, the company man was aware of the dangers of the handrail gap and had the power to stop work and have it fixed and if press to prove he did the open and obvious should have applied to him as it was to me when the same judge released the rig company (ensign) also from the lawsuit even though there were other contributions to the accident other than the handrail as my supervisor and I stated in our accident report with me slipping into the gap from them mixing chemicals by the stairs and bad lighting. My lawyer didn't get me the files in time to get another attorney to appeal these two case so, I'm asking for a appeal or extension to get my appeal heard. I am praying there is some kind of law in the state of Texas as I did nothing wrong and lose my whole life on one judges ruling and feel I should have a chance to appeal to have my case be brought in front of a jury of my peers. Please let me know my options.
I done emailed the judge and tried everything and lawyers say my lawyer didn't give me any time to obtain a new lawyer. The rig company is ensign drilling. Cause No 2014-21405 don't know Freeport McMorans No.

Thank You,
Ryan Lopez
13648 Forest West Dr.
Conroe, TX. 77304
936-443-7189

Sent from my iPhone

**FILED**
**Chris Daniel**
**District Clerk**

**AUG 10 2015**
Time:_____
Harris County, Texas
By_____
Deputy

MAIL PROCESSING DEPUTY C

FILED
CHRIS DANIEL
DISTRICT CLERK
HARRIS COUNTY, TEXAS
2015 AUG 10 PM 2:10

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

6/5/2015 3:52:09 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 5569528
By: FORD, DAVIA
Filed: 6/5/2015 3:52:09 PM

CAUSE NO. 2014-21405

| | | |
|---|---|---|
| RYAN LOPEZ, | § | IN THE DISTRICT COURT OF |
|  Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | HARRIS COUNTY, T E X A S |
| ENSIGN U.S. SOUTHERN DRILLING, | § | |
| LLC, AND FREEPORT-MCMORAN | § | |
| OIL & GAS, LLC d/b/a PLAINS | § | |
| EXPLORATION &, PRODUCTION | § | |
| COMPANY, | § | |
|  Defendants. | § | 281ST JUDICIAL DISTRICT |

## ORDER GRANTING ENSIGN U.S. SOUTHERN DRILLING, LLC'S
## NO-EVIDENCE AND TRADITIONAL MOTION FOR SUMMARY JUDGMENT

On this day the Court considered Ensign U.S. Southern Drilling, LLC's No-Evidence and Traditional Motion for Summary Judgment, filed June 5, 2015. After considering the Motion, the pleadings on file, the evidence, and the argument of the parties, the Court is of the opinion that the Motion should be GRANTED. It is, therefore,

ORDERED, ADJUGED and DECREED that Ensign U.S. Southern Drilling, LLC's No-Evidence and Traditional Motion for Summary Judgment is in all things GRANTED. Plaintif shall take nothing from Ensign U.S. Southern Drilling, LLC. This disposes of all claims and all parties.

SIGNED on this ___ day of _____, 2015.

Signed:
7/8/2015

JUDGE PRESIDING

1

```
JU2FN (NSD#)    JUSTICE INFORMATION MANAGEMENT SYSTEM     OCT 13, 2015(C1)
INT6510                  CIVIL CASE INTAKE                OPT: _____ - INT
                      GENERAL PARTY INQUIRY               PAGE:  1 -    2

CASE NUM: 201421405__ PJN> __  TRANS NUM: _____ CURRENT COURT: 281 PUB? _
CASE TYPE: PERSONAL INJ (NON-AUTO)        CASE STATUS: DISPOSED (FINAL)
STYLE: LOPEZ, RYAN                  VS ENSIGN U S SOUTHERN DRILLING LLC
==============================================================================
                     **** INACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR       PERSON NAME           PTY   ASSOC. ATTY
   NUM   NUMBER                                        STAT
_     00007-0001 IVP 24044010 SEABRIGHT INSURANCE COMPANY    D   WRUBEL, KENNE
_     00004-0002 IVD 00784100 PLAINS EXPLORATION & PRODUCTIO  D   GALLANT, WALT
_     00003-0002 IVD 00784100 FREEPORT-MCMORAN OIL & GAS LLC  D   GALLANT, WALT
_     00002-0002 IVD 03371700 ENSIGN U S SOUTHERN DRILLING L  D   BURFORD, ROBE
_     00002-0002 PDA 24029470 MATA, EMMA C.
_     00001-0002 IVD 00783739 LOPEZ, RYAN                     D   BRUNKENHOEFER
_     00006-0001 AGT          FREEPORT-MCMORAN OIL & GAS LLC  S
_     00005-0001 AGT          ENSIGN U S SOUTHERN DRILLING L

==> (15) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```

```
JU2FN (NSD#)     JUSTICE INFORMATION MANAGEMENT SYSTEM      OCT 13, 2015(C1)
INT6510                CIVIL CASE INTAKE               OPT: _____  -  INT
                     GENERAL PARTY INQUIRY             PAGE:    2  -    2

CASE NUM: 201421405__ PJN> __  TRANS NUM: _____ CURRENT COURT: 281 PUB? _
CASE TYPE: PERSONAL INJ (NON-AUTO)        CASE STATUS: DISPOSED (FINAL)
STYLE: LOPEZ, RYAN                   VS ENSIGN U S SOUTHERN DRILLING LLC
===========================================================================
                      **** INACTIVE PARTIES ****
  PJN  PER/CONN COC  BAR         PERSON NAME              PTY   ASSOC. ATTY
  NUM    NUMBER                                           STAT
_    00004-0001 DEF 00784100 PLAINS EXPLORATION & PRODUCTIO  D  GALLANT, WALT
_    00004-0001 PAD 15307500 ORMISTON, JAMES J.
_    00003-0001 DEF 00784100 FREEPORT-MCMORAN OIL & GAS LLC  S  GALLANT, WALT
_    00003-0001 PAD 15307500 ORMISTON, JAMES J.
_    00002-0001 DEF 03371700 ENSIGN U S SOUTHERN DRILLING L     BURFORD, ROBE
_    00002-0001 PAD 24029470 MATA, EMMA C.
_    00001-0001 PLT 00783739 LOPEZ, RYAN                        BRUNKENHOEFER


==> (15) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```